**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRANDON MERCADO, | Case No. 2:26-cv-01232-CDS-NJK |
|     Plaintiff, | **Order** |
| v. | |
| DEVAUGHN SMITH, et al., | |
|     Defendants. | |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a).  A joint discovery plan must be filed by July 6, 2026.

IT IS SO ORDERED.

Dated: June 29, 2026

_____

Nancy J. Koppe
United States Magistrate Judge

1