**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRANDON JOSE MERCADO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DEVAUGHN SMITH; JESUS FAZ SALAS; LAS VEGAS METROPOLITAN POLICE DEPARTMENT; DOE OFFICERS I-XX, ROE, inclusive,<br>Defendants. | Case No.: 2:26-CV-1232-CDS-NJK<br><br>ORDER GRANTING STIPULATION TO **EXTEND DISPOSITIVE MOTION AND PRETRIAL ORDER DEADLINE**<br><br>**(Third Request)**[1] |

Pursuant to LR IA 6-1 and 6-2, Plaintiff Brandon Jose Mercado ("Mercado") and Defendants Devaughn Smith ("Smith"), Jesus Faz Salas ("Salas") and Las Vegas Metropolitan Police Department ("LVMPD") (collectively, "Defendants"), (collectively, the "Parties"), by and through their undersigned counsel of record, hereby stipulate and agree and enter this stipulation in good faith and not for the purposes of delay, to the following:

**A. DISCOVERY COMPLETED**

**1. *Written Discovery & Disclosures***

- July 16, 2026: Mercado's Initial Disclosures

---

[1] The Parties' Second Stipulation and Order to Extend Discovery Deadlines only extended expert-related deadlines, and otherwise maintained the discovery, dispositive motion and joint pre-trial deadlines. (*See* ECF Nos. 16-17.)

- July 16, 2026: Defendants Initial Disclosures
- July 24, 2026: Mercado's First Set of Written Discovery to Smith
- July 24, 2026: Mercado's First Set of Written Discovery to Salas
- July 24, 2026: Mercado's First Set of Written Discovery to LVMPD
- August 28, 2026 Defendants First Set of Written Discovery to Mercado
- September 4, 2026 LVMPD's Responses to Mercado's First Set of Written Discovery
- September 4, 2026 Smith's Responses to Mercado's First Set of Written Discovery
- September 4, 2026 Salas' Responses to Mercado's First Set of Written Discovery
- September 17, 2026 Mercado's Responses to LVMPD's First Set of Requests for Admission
- September 28, 2026 Mercado's Responses to LVMPD's First Set of Requests for Production and Responses to First Set of Interrogatories

**2. *Depositions***

- November 9, 2026: Deposition of Plaintiff Brandon Jose Mercado

**3. *Expert Disclosures***

- October 9, 2026: Defendants' Initial Expert Disclosures
- October 10, 2026: Mercado's Initial Expert Disclosures

**B. DISCOVERY THAT REMAINS TO BE COMPLETED**

As discussed in detail below, the Parties are not seeking a continuance of the discovery deadline in this action, which has expired. The Parties diligently completed discovery prior to said deadline. Rather, the Parties request an extension of the remaining dispositive motion and pretrial order deadlines.

**C. REASON FOR REQUEST FOR EXTENSION OF DISPOSITIVE MOTION AND PRETRIAL ORDER DEADLINE**

The Parties have recently completed discovery in this matter, including the deposition of Plaintiff. The Parties are now working to determine whether they can reach a resolution of this matter. Specifically, Plaintiff has recently extended a settlement offer to Defendants, and Defendants' counsel is in the process of conferring with their client about said offer and/or a

counteroffer. In order to have sufficient time to engage in ongoing settlement negotiations prior to the filing of dispositive motions, an extension of the remaining dispositive motion and pretrial order deadlines is needed. The Parties believe that their desire and need to continue settlement negotiations constitutes good cause pursuant to LR 26-3 and Fed. R. Civ. P. 16(b)(4) for their requested extension of approximately forty-five (45) days. Indeed, should the Parties be successful in resolving this matter, the considerable time and expense of preparing – and responding to – dispositive motions will be unnecessary, as will the Court's time and attention in adjudicating said motions. Thus, in the interest of fostering a potential resolution of this case, the Parties respectfully request that the Court grant their request for a forty-five (45) day extension of the remaining deadlines.

**D. PROPOSED EXTENSION OF DISPOSITIVE MOTION AND PRETRIAL ORDER DEADLINE**

**Dispositive Motions Deadline:**

The current deadline is December 10, 2026. Pursuant to LR 26-1(b)(4), the Parties shall file dispositive motions no later than **January 25, 2027.**

**Joint Proposed Pretrial Order:**

The current deadline is January 12, 2027. Pursuant to LR 26-1(b)(5), the Parties shall file their proposed joint pretrial order on **February 24, 2027** or approximately 30 days after the resolution of dispositive motions.

DATED this 23rd day of November, 2026.

SEMENZA RICKARD LAW

*/s/ Katie L. Cannata*
Lawrence J. Semenza, III, Esq., Bar No. 7174
Katie L. Cannata, Esq., Bar No. 14848
10161 Park Run Drive, Ste. 150
Las Vegas, Nevada 89145
*Attorneys for Defendants*

DATED this 23rd day of November, 2026.

CEGA LAW GROUP

*/s/ Carl E.G. Arnold*
Carl E.G. Arnold, Esq., Bar No. 8358
Vernon Evans, II, Esq., Bar No. 14705
1771 E. Flamingo Avenue, 211B
Las Vegas, Nevada 89119
*Attorney for Plaintiff*

**IT IS SO ORDERED.**

United States Magistrate Judge
DATED: November 23, 2026